FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-4916
_____

SUSAN MORROW,

Appellant,

v.

CENTURION OF FLORIDA, LLC,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

July 25, 2018

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Susan Morrow, pro se, Appellant.

Ana C. Francolin of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP, Orlando, for Appellee.